DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2015-15 |
| ) | |
| JA'MOI KHADEEM CORRASPE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ATTORNEYS:**

**Gretchen Shappert, United States Attorney**
**Delia L. Smith, AUSA**
**Donna Rainwater, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
   *For the United States of America,*

**Darren John-Baptiste**
St. Thomas, U.S.V.I.
   *For Ja'Moi Khadeem Corraspe.*

## ORDER

**GÓMEZ, J.**

Before the Court is the revocation judgment in this matter.

On January 7, 2020, the Court held a supervised release revocation hearing in this matter. At that hearing, Ja'Moi Khadeem Corraspe ("Corraspe") admitted to violating the terms of his supervised release. Thereafter, the Court revoked Corraspe's term of supervised release. The Court sentenced Corraspe to a term of imprisonment of 7 days and a term of supervised release of two years. As a special condition of the term of supervised

release it imposed, the Court required Corraspe to serve fifty-three days of intermittent confinement on the weekends, commencing at the end of his work day on Fridays, at 5:00 p.m., until Mondays at 7:00 a.m.

The Court has received information from the United States Office of Probation ("Probation") that the facility to which Corraspe reports on weekends for his intermittent confinement is currently on lockdown. Additionally, Probation reports that there have been at least twenty confirmed cases of COVID-19 within that facility.

The premises considered, it is hereby

**ORDERED** that the condition of Corraspe's supervised release requiring that he serve fifty-three days of intermittent confinement on the weekends is **DEFERRED** until October 2, 2020. On October 2, 2020, Corraspe shall resume reporting for intermittent confinement on the weekends until he has served a total of 53 days.

S\_____
**Curtis V. Gómez**
**District Judge**